# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JAMES ANDREACCIO,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA WEAVER, et al.,<br><br>    Defendants. | Case No.: 2:22-cv-00672-JAD-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to do so. Accordingly, Plaintiff must file a certificate of interested parties no later than May 16, 2022.

IT IS SO ORDERED.

Dated: May 9, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE