# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN JAMES ANDREACCIO,

    Plaintiff,

v.

JOSHUA WEAVER, et al.,

    Defendants.

Case No.: 2:22-cv-00672-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 5, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: July 29, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE