AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

John James Andreaccio

             Plaintiff,

v.

Lynn, et al.

             Defendants.

AMENDED JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:22-cv-00672-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the defendants are awarded $24,219.50 in attorneys' fees but their request for additional costs of $822.90 is denied.  The Clerk of Court is directed to ENTER AN AMENDED JUDGMENT that includes this award and the costs previously taxed by the Clerk of Court.

08/16/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Zamora  
Deputy Clerk